IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-01520-LTB-CBS

JAMIE L. SMITH,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.
_____

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY**
_____

On this day the Court considered the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Government Employees Insurance Company ("Joint Stipulation of Dismissal with Prejudice"). After considering the Joint Stipulation of Dismissal with Prejudice, the Court:

GRANTS the Joint Stipulation of Dismissal with Prejudice and hereby Orders that Defendant Government Employees Insurance Company, and any and all claims and cross-claims that have been or could be asserted against it regarding this lawsuit, are dismissed from this lawsuit with prejudice.

SIGNED this 12th day of July, 2010.

                                                            BY THE COURT:

                                                          s/Lewis T. Babcock
                                                          Lewis T. Babcock, Judge